UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand and fifteen,

_____

Friends of the East Hampton Airport, Inc

v.

Town of East Hampton

_____

**ORDER**
Docket Number: 15-2334 (L), 15-2465 (XAP)

This Court's Civil Appeal Mediation Program ("CAMP") has referred the above-captioned appeal to a pre-argument conference (mediation) with Charles M. Newman, Court-Appointed Mediator.

**Counsel, all parties, and representatives of any person or entity directly affected financially by the outcome of the litigation, including insurance representatives, must attend and participate in the mediation session.** Counsel and parties are directed to be prepared to discuss (a) the legal merits of each issue on review before this Court; (b) how to narrow, eliminate, or clarify issues on appeal; (c) the business and personal implications of resolving some or all disputes at CAMP, given the current facts and circumstances; (d) the litigation, business and personal consequences of failing to resolve at CAMP; and (e) new approaches to resolution, broadly conceived, that are not necessarily directly tied to the determination of the legal issues.

The first mediation session is expected to be held within 28 days of the date of this order. Counsel should please confer with their adversary(ies) and client(s) to identify mutually convenient dates and times. Mr. Newman will contact you to introduce himself and schedule the mediation. He can be reached via email ([cnewman@newmanlawmediation.com](cnewman@newmanlawmediation.com)) or telephone (212-332-3321).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

